**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN LE ROY,<br>　　　　Petitioner,<br>　　v.<br>R. J. RACKLEY, *Warden*,<br>　　　　Respondent. | CASE NO. 2:17-cv-06262-JFW (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED: January 25, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE